**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**


STORMI LYNN ADAMS                                                    PLAINTIFF

v.                                    Case No. 2:15-CV-2106

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                      DEFENDANT


<u>**ORDER**</u>

The Court has received proposed findings and recommendations (Doc. 17) from United States Magistrate Judge Mark E. Ford.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

**IT IS SO ORDERED** this 26th day of July, 2016.


*/s/ P. K. Holmes,* III

P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE