**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

STORMI LYNN ADAMS                                                                  PLAINTIFF

v.                                        Case No. 2:15-CV-2106

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                                     DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 26th day of July, 2016.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE